WILLIAM G. MALCOLM #129271  
BRIAN S. THOMLEY #275132  
MALCOLM ♦ CISNEROS  
A Law Corporation  
2112 Business Center Drive  
Irvine, California 92612  
Telephone:   (949) 252-9400  
Facsimile:   (949) 252-1032  

E-FILED: 12/04/2015

Attorneys for Bayview Loan Servicing, LLC and M&T Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| CYNTHIA COTTER,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A., BAYVIEW LOAN SERVICING, LLC, M&T Bank, NATIONSTAR MORTGAGE, LLC and DOES 1-100,<br><br>    Defendants. | Case No. 3:15-cv-05204-LB<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO REMAND CASE TO STATE COURT |

Having reviewed the Stipulation to Remand Case to State Court ("Stipulation"), and good cause appearing therefore,

**IT IS ORDERED that**:

1. The Stipulation is approved, and this matter shall be remanded to Alameda Superior Court without prejudice to defendants' right to have the matter removed to federal court again should it become removable in the future.

2. The motion to dismiss filed by defendant JPMorgan Chase Bank, N.A. set for January 7, 2016 shall be taken off calendar without prejudice and renewable should the matter later be removed back to federal court.

3. The Case Management Conference currently set for February 11, 2016 shall be vacated.

1

1 **IT IS SO ORDERED.**

3 Dated: December 10, 2015

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE